# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 238

Terri Washington,                                          Petitioner and Appellant

v.

Job Service North Dakota,                          Respondent and Appellee

and

South West Multi County Correctional Center,                          Respondent

## No. 20220269

Appeal from the District Court of Stark County, Southwest Judicial District, the Honorable Rhonda R. Ehlis, Judge.

AFFIRMED.

Per Curiam.

Terri Washington, Dickinson, N.D., self-represented, petitioner and appellant; submitted on brief.

Michael T. Pitcher, Assistant Attorney General, Bismarck, N.D., for respondent and appellee; submitted on brief.

# Washington v. Job Service
## No. 20220269

**Per Curiam.**

[¶1]  Terri Washington appeals from a district court judgment affirming Job Service's decision to deny her unemployment benefits. Washington argues that she was unlawfully terminated by her employer's board of directors or its chairperson, that she was disciplined twice for one instance of misconduct, and that she was not afforded a fair hearing. We summarily affirm under N.D.R.App.P. 35.1(a)(5).

[¶2]  Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte